**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01166-CV

### JOHN GLAD, Appellant

### V.

### JAMES PATTERSON RAMSEUR AS GUARDIAN OF THE ESTATE AND PERSON OF JULIA DIXON RAMSEUR, Appellee

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-11-02022-1**

## ORDER NUNC PRO TUNC

The reporter's record is overdue in this appeal. Accordingly, the Court **ORDERS** court reporter Ann Brockington to file, within **THIRTY DAYS** of the date of this order, either: (1) written verification no hearings were recorded; (2) written verification appellant has not requested or paid for the reporter's record; or (3) the complete reporter's record, including exhibits. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Ann Brockington, official court reporter of the Probate Court No. 1, and to counsel for all parties

/s/     ELIZABETH LANG-MIERS
        JUSTICE